**Opinion issued August 8, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00366-CV

———————————

### DAVID FALK AND STEPHEN FALK, Appellants

### V.

### THE BARCLAY CONDOMINIUM RESIDENCES AND CREATIVE MANAGEMENT COMPANY, Appellees

———

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-71566**

———

### MEMORANDUM OPINION

Appellants, David Falk and Stephen Falk, have neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Accordingly, we

dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.